**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
David J. McGlothlin, Esq. (SBN: 253265)
david@kazlg.com
Mona Amini, Esq. (SBN: 296829)
mona@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff,*
Scott Bogle

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SCOTT BOGLE, individually and on behalf of all others similarly situated,**<br><br>Plaintiff,<br><br>vs.<br><br>**DIRECT RECOVERY SERVICES, LLC,**<br><br>Defendant. | Case No.: 5:22cv-01272-JAK-SP<br><br>**NOTICE OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AND ATTORNEYS' FEES AND COSTS**<br><br>Date:   November 28, 2022<br>Time:  8:30 A.M.<br>Dept.:  Courtroom 10B<br><br>**Judge:  Hon. John A. Kronstadt** |

//
//
//
//
//
//
//
//

- 1 -
NOTICE OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AND ATTORNEY'S FEES AND COSTS

**TO DEFENDANT DIRECT RECOVERY SERVICES, LLC, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on **November 28, 2022, at 8:30 a.m.** in **Courtroom 10B** in the United States Courthouse for the Central District of California Southern Division, located at First Street Courthouse, 350 W. First Street, Courtroom 10B, Los Angeles, CA 90012, Plaintiff SCOTT BOGLE ("Plaintiff"), by and through Plaintiff's counsel of record, will move this Court for a Default Judgment and award of attorneys' fees and costs against Defendant DIRECT RECOVERY SERVICES, LLC ("Defendant").

This motion is based upon the instant Notice of Motion, the attached Memorandum of Points and Authorities in Support thereof, the Declarations of Plaintiff's Counsel, and all papers and records on file herein. Plaintiff submits on the pleadings and requests no oral argument, unless requested by the Court.

Dated: October 31, 2022,                Respectfully submitted,

                                              **KAZEROUNI LAW GROUP, APC**

                                              By: s/ Mona Amini
                                                     MONA AMINI, ESQ.
                                                     *Attorneys for Plaintiff*