# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT BOGLE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DIRECT RECOVERY SERVICES, LLC,<br><br>Defendant. | No. 5:22-CV-01272-JAK (SPx)<br><br>**JUDGMENT**<br><br>JS-6 |

1

**JUDGMENT IS HEREBY ENTERED** as follows:

1. Defendant violated the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq.*, and the Rosenthal Fair Debt Collection Practices Act ("Rosenthal Act"), Cal. Civ. Code § 1788, *et seq.*, through its collection communications with Plaintiff.

2. Final judgment is entered against Defendant and in favor of Plaintiff for his claims arising from Defendant's violations of the FDCPA and the Rosenthal Act.

3. Plaintiff is awarded $300 in statutory damages, $500 in compensatory damages, $9,965 in attorney's fees and $531 in costs.

**IT IS SO ORDERED.**

Dated: March 26, 2024

_____
John A. Kronstadt
United States District Judge